```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 05493
   ERICKA M PINCKNEY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3434


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/07/2008 and was not confirmed.

     The case was dismissed without confirmation 07/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
NATIONWIDE ACCEPTANCE~   UNSEC W/INTER    1077.43          .00            .00
SANTANDER CONSUMER USA   SECURED VEHIC        .00          .00            .00
BALLYS TOTAL FITNESS ~   UNSEC W/INTER NOT FILED           .00            .00
CASHCALL INC             UNSEC W/INTER NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER NOT FILED           .00            .00
COMED                    NOTICE ONLY   NOT FILED           .00            .00
CREDIT UNION 1           UNSEC W/INTER     870.00          .00            .00
PREMIER BANKCARD         UNSEC W/INTER     440.68          .00            .00
FIRST PREMIER BANK       NOTICE ONLY   NOT FILED           .00            .00
FIRST PREMIER BANK       NOTICE ONLY   NOT FILED           .00            .00
LOAN EXPRESS CO          UNSEC W/INTER     372.57          .00            .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER     868.19          .00            .00
ISAC                     UNSEC W/INTER    7122.59          .00            .00
ISAC                     UNSEC W/INTER NOT FILED           .00            .00
ISAC                     UNSEC W/INTER NOT FILED           .00            .00
T-MOBILE                 UNSEC W/INTER NOT FILED           .00            .00
SANTANDER CONSUMER USA   UNSEC W/INTER NOT FILED           .00            .00
CONSUMER PORTFOLIO SERVI NOTICE ONLY   NOT FILED           .00            .00
CONSUMER PORTFOLIO SERV  SECURED NOT I   12182.36          .00            .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     2,494.00                       92.00
TOM VAUGHN               TRUSTEE                                         8.00
DEBTOR REFUND            REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              100.00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                             92.00
TRUSTEE COMPENSATION                        8.00
DEBTOR REFUND                                .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 05493 ERICKA M PINCKNEY
```

```
                             ---------------     ---------------
TOTALS                              100.00              100.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 08 B 05493 ERICKA M PINCKNEY
```